IN RE James M. MORSE, No. 114-79

May 31, 1979. Motion for enlargement of time is granted. Printed case and appellant's brief to be filed by July 2, 1979. Attorney William A. Nelson, Appellate Defender, of the Defender General's office, is appointed as counsel for the defendant for the purposes of this appeal.

IN RE R. B., No. 117-79

May 31, 1979. Motion to conceal appellee's identity and to seal the record from public view is granted.

Marlene Lacillade POWERS v. Lawrence CHOUINARD, No. 138-79

May 31, 1979. The defendant's motion for permission to appeal under V.R.A.P. 5(b)(1) is granted.

STATE of Vermont v. Audrey WELLS, No. 319-77

June 1, 1979. Judgment reversed and cause remanded for new trial.

Bernice M. BEAUDRY v. Lawrence A. BEAUDRY and Herman W. Gibson Estate, No. 76-78

June 5, 1979. Bifurcation of the trial below resulted in findings and a judgment not dispositive of the claims of all the parties, and there is no final judgment under V.R. C.P. 54(b). Since V.R.A.P. 5, relating to appeals before final judgment, was not complied with, the purported appeal must be dismissed for want of jurisdiction.

Appeal dismissed.

Ruby BROWN v. Fay G. and Virginia WHITCOMB, Charles and Simone Lavoie, Jr., Stuart and Ramona Reed, Donald Taylor, Earl Taylor, and Mr. and Mrs. Paul Rocheleau, No. 129-78

June 5, 1979. The judgment below, predicated upon the doctrines of the statute of limitations and adverse possession, which were not pleaded as required by V.R.C.P. 8(c) or supported by the findings, is reversed and the cause remanded.

CHITTENDEN TRUST COMPANY v. ROCKY VERMONT, INC., Henry H. Hemenway, Marjorie W. Hemenway, Frederick A. Hills, and Emma M. Morse, No. 169-78

June 5, 1979. The purported appeal being untimely filed is dismissed. V.R.A.P. 4. See also V.R. A.P. 3(d). Cause remanded for the setting of a new period of redemption.